Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1203

VITA ZAHNFABRIK H. RAUTER GMBH & CO. KG,
VIDENT, and NEIL R. HALL,

Plaintiffs-Appellants,

v.

DENTSPLY INTERNATIONAL, INC.,

Defendant-Appellee.


David A. Dillard, Christie, Parker & Hale, LLP, of Pasadena, California, argued for plaintiffs-appellants. With him on the brief was Brian K. Brookey.

Brett M. Schuman, Morgan, Lewis & Bockius LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief was Thomas D. Kohler.

Appealed from: United States District Court for the Central District of California

Judge James V. Selna

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1203

VITA ZAHNFABRIK H. RAUTER GMBH & CO. KG,
VIDENT, and NEIL R. HALL,

Plaintiffs-Appellants,

v.

DENTSPLY INTERNATIONAL, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the Central District of California

in CASE NO(S).        04-CV-0729

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, MAYER and SCHALL, Circuit Judges)

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  May 16, 2008            /s/ Jan Horbaly
                               Jan Horbaly, Clerk